# EXHIBIT A

**Gateway**

Gateway Direct
PO Box 1760
North Sioux City SD 570491760

REMIT TO:

Consumer Phone Number: 800-846-2000
Business Phone Number: 800-211-4952

This is your **RECEIPT OF PURCHASE**

PAGE 1

| SOLD TO: | 562 | SHIP TO: |
|---|---|---|
| MARK LIMA<br>REDACTED | | MARK LIMA<br>REDACTED |

| Invoice Date: | 03/29/08 | Invoice Number: | 6853761 |
|---|---|---|---|
| Order Date: | 03/28/08 | Customer ID: | 33122313 |
| Order Number: | 93873622 | P. O. Number: | |
| Payment Terms: | SEE BELOW | TOTAL: | 1638.75 USD |

| Qty – Item # / Description | Status/System Serial # | Unit Price | Amount |
|---|---|---|---|

```
   1    1541272R                        Shipped              1529.99         1529.99
        Gateway 30" XHD 3000 LCD Display w/ GW 1 Yr Monitor LtdWty
   1    9502402                         Shipped                16.00           16.00
        FREIGHT AND HANDLING - 1     UPS Standard Delivery/Hndlng

   Shipped Items
   Sub-Total Taxable Amount          1545.99
   Tax @    6.000                      92.76


   Payment Term
   Visa Credit Card                       XXXXXXXXXXXX1559               1638.75
            This is not a bill. This is a receipt for your
            records only. We appreciate your business.

            Correct FEIN is 91-1863286. Not subject to backup
            withholding. Gateway Direct, Inc. dba Gateway.com
            collects applicable sales/use tax on its sales or as agent
            for 3rd Party Warranty providers in those states where it is
            legally obligated to do so. In other states, you are
            responsible for remitting any applicable sales tax on
            merchandise directly to the appropriate state. Please visit
            Gateway.com for additional sales/use tax information and for
            information on the California Electronic Waste recycling

                                  Continued
```



**Gateway**

Gateway Direct
PO Box 1760
North Sioux City SD 570491760

| Invoice Date: | 03/29/08 | Invoice Number: | 6853761 |
|---|---|---|---|
| Order Date: | 03/28/08 | Customer ID: | 33122313 |
| Order Number: | 93873622 | P. O. Number: | |
| Payment Terms: | SEE BELOW | TOTAL: | 1638.75 USD |

SOLD TO:

MARK LIMA
REDACTED

NOT AN INVOICE
DO NOT REMIT

108089

**Gateway**
Gateway Direct
PO Box 1760
North Sioux City SD 570491760

REMIT TO:

Consumer Phone Number: 800-846-2000
Business Phone Number: 800-211-4952

This is your **RECEIPT OF PURCHASE**

PAGE 2

| SOLD TO: | SHIP TO: |
|---|---|
| MARK LIMA<br>REDACTED | MARK LIMA<br>REDACTED |

| | | | |
|---|---|---|---|
| Invoice Date: | 03/29/08 | Invoice Number: | 6853761 |
| Order Date: | 03/28/08 | Customer ID: | 33122313 |
| Order Number: | 93873622 | P. O. Number: | |
| Payment Terms: | SEE BELOW | TOTAL: | 1638.75 USD |

| Qty – Item # / Description | Status/System Serial # | Unit Price | Amount |
|---|---|---|---|

fee, rebate information and recycling electronic products in Alberta, Canada.
This sale is made under Gateway's Terms & Conditions of Sale unless you entered into a separate written agreement with Gateway. Limited warranties and service agreements apply, visit gateway.com/warranty or call 800-846-2000 for a copy.
These commodities, technology or software are of United States design and subject to Export Administration Regulations. Diversion contrary to United States law is prohibited.

The amounts shown on this document reflect U.S. Dollars

| | |
|---|---|
| Purchase SubTotal: | 1529.99 |
| Sales Tax: | 92.76 |
| Freight/Handling: | 16.00 |
| TOTAL: | 1638.75 |

**Gateway**
Gateway Direct
PO Box 1760
North Sioux City SD 570491760

| | | | |
|---|---|---|---|
| Invoice Date: | 03/29/08 | Invoice Number: | 6853761 |
| Order Date: | 03/28/08 | Customer ID: | 33122313 |
| Order Number: | 93873622 | P. O. Number: | |
| Payment Terms: | SEE BELOW | TOTAL: | 1638.75 USD |

SOLD TO:

MARK LIMA
REDACTED

108089