Rosemary M. Rivas (Cal. Bar No. 209147)
Email: rrivas@finkelsteinthompson.com
Danielle A. Stoumbos (Cal. Bar. No. 264784)
dstoumbos@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, CA 94104
Telephone (415) 398-8700/Facsimile (415) 398-8704

Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
Email: gmf@classlitigation.com
Alexis A. Phocas (Cal. Bar No. 194481)
Email: aap@classlitigation.com
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610/Facsimile (510) 337-1431

*Attorneys for Individual and Representative Plaintiff Mark D. Lima*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK D. LIMA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY, INC.,<br><br>Defendant. | Case No. SACV09-01366 DMG (MLGx)<br><br>Assigned for all purposes to Hon. Dolly M. Gee<br><br>**STATEMENT OF RECENT DECISIONS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY CLAIMS**<br><br>Date: August 12, 2011<br>Time: 3:00 p.m. |

| | | |
|---|---|---|
| 1 | GATEWAY, INC., a Delaware corporation, | The Honorable: Dolly M. Gee<br>Ctrm: 7 |
| 2 | | |
| 3 | Third-Party Plaintiff, | Complaint Filed: October 16, 2009<br>FACC Filed: February 24, 2010 |
| 4 | v. | |
| 5 | TOP VICTORY INVESTMENTS LIMITED, a Hong Kong corporation, | |
| 6 | | |
| 7 | Third-Party Defendant. | |

STATEMENT OF RECENT DECISIONS IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

Plaintiff Mark D. Lima hereby submits the following relevant judicial decisions:

1. *Rivera v. American General Financial Services, Inc.*, Case No. 32,340, New Mexico Supreme Court, issued on July 27, 2011, attached hereto as Exhibit A.

2. *Hamby v. Power Toyota Irvine*, Case No. 11cv544-btm (BGS), 2011 WL 2853379, United States District Court for the Southern District of California, issued on July 18, 2011, attached hereto as Exhibit B.

3. *Kanbar v. O'Melveny & Myers*, Case No. C-11-0892 EMC, 2011 WL 2940690, United States District Court for the Northern District of California, issued on July 21, 2011, attached hereto as Exhibit C.

These decisions were either issued or certified for publication after Plaintiff filed his Opposition to Gateway's Motion to Compel Arbitration and Stay Claims on July 15, 2011.

DATED: August 4, 2011    Respectfully submitted,

**FINKELSTEIN THOMPSON LLP**

By: /s/ Rosemary M. Rivas
    Rosemary M. Rivas

Danielle A. Stoumbos
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Gordon M. Fauth, Jr.
**LITIGATION LAW GROUP**
1801 Clement Avenue, Suite 101
Alameda, California  94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

| | |
|---|---|
| 1 | *Counsel for Individual and Representative Plaintiff Mark D. Lima* |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STATEMENT OF RECENT DECISIONS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION