**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 04 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK D. LIMA, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>GATEWAY, INC., a Delaware Corporation,<br><br>　　　　Defendant-third-party-plaintiff - Appellant. | No. 12-56518<br><br>D.C. No. 8:09-cv-01366-DMG-MLG<br>Central District of California, Santa Ana<br><br><br>ORDER |

Before: FERNANDEZ, GRABER, and MURGUIA, Circuit Judges.

　　Gateway, Inc.'s Motion to Voluntarily Dismiss Its Appeal Against Mark D. Lima is GRANTED. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

　　This order shall serve as the mandate of this court.