Paul F. Rafferty (State Bar No. 132266)
pfrafferty@jonesday.com
Nilab Rahyar Tolton (State Bar No. 272810)
ntolton@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Defendant and Third-Party Plaintiff, GATEWAY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. LIMA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY, INC., a Delaware corporation,<br><br>Defendant.<br><br>GATEWAY, INC., a Delaware corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>TOP VICTORY INVESTMENTS LIMITED, a Hong Kong corporation,<br><br>Third-Party Defendant. | Case No. SACV09-01366 DMG (MLGx)<br><br>Assigned for all purposes to Honorable Dolly M. Gee<br><br>**STIPULATION TO DISMISS GATEWAY'S FIRST AMENDED THIRD PARTY COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant and Third Party Plaintiff Gateway, Inc. ("Gateway") and Third Party Defendant TOP VICTORY INVESTMENTS LIMITED that Gateway's First Amended Third Party Complaint in the above-captioned action be and hereby is dismissed with prejudice pursuant to

1  Rule 41(c) of the Federal Rules of Civil Procedure.  Each party shall bear his or its
2  own attorneys' fees and costs incurred herein.

3

4  Dated:  January 15, 2016                     JONES DAY

5

6                                                By:/s/ Paul F. Rafferty
                                                    Paul F. Rafferty
7                                                   Nilab Rahyar Tolton

8  Attorneys for Defendant and Third-Party Plaintiff, GATEWAY, INC.

9  Dated:  January 15, 2016                     O'MELVENY & MYERS LLP

10

11                                               By: /s/ Mark A. Samuels
                                                    Mark A. Samuels
12
   Attorneys for Third-Party Defendant
13 TOP VICTORY INVESTMENTS LIMITED

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 15, 2016, I placed with this firm at the above address for deposit with the United States Postal Service a copy of the within document(s):

**STIPULATION TO DISMISS GATEWAY'S FIRST AMENDED THIRD PARTY COMPLAINT WITH PREJUDICE**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Rosemary M. Rivas, Esq.<br>Tracy H. Tien, Esq.<br>FINKELSTEIN THOMPSON LLP<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Phone: (415) 398-8700<br>Fax: (415) 398-8704 | *Attorney for Plaintiff*<br>Mark Lima |
| Gordon M. Fauth, Jr., Esq.<br>Alexis A. Phocas, Esq.<br>LITIGATION LAW GROUP<br>1801 Clement Avenue, Suite 101<br>Alameda, CA 94501<br>Phone: (510) 238-9610<br>Fax: (510) 337-1431 | *Attorney for Plaintiff*<br>Mark Lima |
| Mark A. Samuels<br>msamuels@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Phone: (213) 430-6000<br>Fax: (213) 430-6407 | *Counsel for Third-Party Defendant*<br>TOP VICTORY INVESTMENTS LIMITED |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of

1  business, be deposited with the United States Postal Service on this date.

2      I declare that I am employed in the office of a member of the bar of this court
3  at whose direction the service was made.

4      Executed on January 15, 2016, at Irvine, California.

*[signature]*

Deborah Hayes