UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. LIMA, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GATEWAY, INC.<br><br>　　　　　　Defendant. | Case No.: SA CV 09-1366 DMG (AJWx)<br><br>**ORDER GRANTING DISMISSAL OF GATEWAY, INC.'S FIRST AMENDED THIRD PARTY COMPLAINT WITH PREJUDICE [139]** |
| GATEWAY, INC., a Delaware corporation,<br><br>　　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>TOP VICTORY INVESTMENTS LIMITED, a Hong Kong corporation,<br><br>　　　　　　Third-Party Defendant. | |

1  Having read and considered the Parties' Stipulation to Dismiss Gateway, Inc.'s First Amended Third Party Complaint ("Stipulation"), and good cause appearing,

The Court HEREBY ORDERS that the First Amended Third Party Complaint of Gateway, Inc. against Top Victory Investments, Inc. is DISMISSED with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: January 19, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 19, 2016, I placed with this firm at the above address for deposit with the United States Postal Service a copy of the within document(s):

**[PROPOSED] ORDER RE DISMISSAL OF GATEWAY, INC.'S FIRST AMENDED THIRD PARTY COMPLAINT WITH PREJUDICE**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Rosemary M. Rivas, Esq.<br>Tracy H. Tien, Esq.<br>FINKELSTEIN THOMPSON LLP<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Phone: (415) 398-8700<br>Fax: (415) 398-8704 | *Attorney for Plaintiff*<br>Mark Lima |
| Gordon M. Fauth, Jr., Esq.<br>Alexis A. Phocas, Esq.<br>LITIGATION LAW GROUP<br>1801 Clement Avenue, Suite 101<br>Alameda, CA 94501<br>Phone: (510) 238-9610<br>Fax: (510) 337-1431 | *Attorney for Plaintiff*<br>Mark Lima |
| Mark A. Samuels<br>msamuels@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Phone: (213) 430-6000<br>Fax: (213) 430-6407 | *Counsel for Third-Party*<br>*Defendant*<br>TOP VICTORY<br>INVESTMENTS LIMITED |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of

NAI-1500773539v1

2

1  business, be deposited with the United States Postal Service on this date.
2      I declare that I am employed in the office of a member of the bar of this court
3  at whose direction the service was made.
4      Executed on January 19, 2016, at Irvine, California.

                                                              Deborah Hayes